Pro-Se 14 (INJND Rev. 2/20)

# UNITED STATES DISTRICT COURT NORTHERN
# DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**FILED**
FEB 24 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Deandre Johnson

[You are the **PLAINTIFF**, print your full name on this line.]

v.

M. Cook

[The **DEFENDANT** is who you are suing. Put **ONE** name on
This line. List **ALL** defendants below, including this one.]

Case Number _3:23-cv-168_

[For a new case in this court, leave blank.
the court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you
know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this
case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br>M. Cook Seargent | Miami Correctional Facility<br>3038 w 850 s<br>Bunker Hill IN 46914 |
| 2 | [Put the names of any other defendants in these boxes.]<br>William R Hyatte (warden | Miami Correctional Facility<br>3038 w 850 s<br>Bunker Hill IN 46914 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name,
job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? Miami Correctional
Facility 3038 w 850 s Bunker Hill IN 46914

3. Did the event you are suing about happen there?  ⊙ Yes.  ◯ No, it happened at: _____

_____

4. On what date did this event occur? February 18, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. *[The first paragraph has been numbered for you.]*

1. Seargent M. Cook. My first part is against Sgt M. Cook. On 2-18-22 I was walking on the Phase II walk. I was going back to my assigned dorm. A offender on the walk told me that Sgt M. Cook was trying to get my attention. So I turned around and acknowledged Sgt M. Cook. Sgt M. Cook was making remarks trying to provoke a argument. So I turned away and continued to walk to my cell house. Sgt M. Cook came from behind hit me in the back of the head and then tried to slam me on the ground. I shook Sgt M. Cook off of me by snatching away from Sgt M. Cook's grasp. I still yet to know why Sgt M. Cook engaged me so aggressively. Sgt M. Cook then kicks me in my leg. At this time after Sgt. M. Cook kicks me and continues to approach me in a fighting stance did I strike Sgt M. Cook one time out of self defense and fear for my safety. I have seen where black males have been seriously harmed by police officers and did what I felt was protecting my safety and security.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

2.) According to Self defense policy and procedure against public servents. A person may use reasonable force to protect ones self from what the person believes to be imminent use of unlawful force. At this time I had not used any force untill Sgt M. Cook used 2 forms of unlawful force against me, according to the Staff AOP. (which I will submit into evidence when Traci Riggle sends me a copy of the AOP I requested.)

3.) After I struck Sgt M Cook once he never tried to call a signal, reach for OC, or a taser. He continued to approach me swinging punches. So after Sgt M. Cook continued to throw closed fist punches I grabbed Sgt. M. Cook by his shirt collar to help me avoid being hit by Sgt M Cook. After being assaulted by Sgt M. Cook multiple times other officers approached and subdued me to mechanical restraints. I was then taken to RHU.

4.) Sgt M. Cook is a Seargent, K-9, and apart of the Quick Response Team. Sgt M. Cook has had additional training on how to handle these kinds of situation. Sgt M. Cook intentionaly and knowingly violated policy and procedure as well as my Civil Rights. Sgt M. Cook has progressed through the ranks at Miami Correctional Facility and is well aware of the guidelines of the Administrative Operation Policy. By Sgt M. Cook continously trying to assault me without taking proper precaution to de-escalate the situation he knowingly and intentionally violates Administrative Operation Policy and my Civil Rights.

(Warden) William R Hyatte

1.) William R Hyatte has failed to protect the

Claim / Facts Continued

Safety and security of me at Miami Correctional Facility. William R Hyatte is knowingly and intentionally allowing Sgt M Cook to use excessive physical force on offenders and myself without no kinds of disciplinary actions being taken against Sgt M Cook. William R Hyatte is allowing Sgt M. Cook to keep is Sgt. stripes, still be able to posses his K-9, as well as allowing Sgt M Cook still be Quick Response Team. William R Hyatte is suppose to protect the safety and security, but his allowing his staff to get away with using excessive force, with no consequences. Therefore William R Hyatte needs to be held accountable for knowingly and intentionally violating his policy and procedures his job titles meant to enforce.

NAME: DeAndre Cashmere

DOC NO.: 250334

LOCATION: K-125

Indiana Department of Corrections
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914-9810

   This stamp identifies this correspondence as having been mailed by an
offender incarcerated at the above named facility.
   **"WARNING"**: Not responsible for contents. Any enclosed money orders
should be referred to your local postmaster before cashing.

6/10

ZIP 46914 $ 00(
02 4W
0000378900 FEB 2

United States Northern District
Courts, 204 Federal Building 102
Main Street, South Bend
IN 46601

46601899999