UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DEANDRE JOHNSON, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:23-CV-168-DRL-JPK |
| M. COOK, et al., | |
| Defendants. | |

ORDER

Deandre Johnson, a prisoner without a lawyer, was granted until October 18, 2023, to either pay the remaining balance of the filing fee or show cause why he has not paid the initial partial filing fee and any required installment payments. ECF 10. He was cautioned that if he did not respond by the deadline, the case could be dismissed without further notice. *Id*. The deadline has passed, and Mr. Johnson has not responded in any way.

For these reasons, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

October 30, 2023                                                     *s/ Damon R. Leichty*
                                                                     Judge, United States District Court